UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR G. SEGURA,<br><br>        Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | NO. CV 18-5346-MWF(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 27, 2019.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE